IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02186-LTB-MJW

ANGELO R. ORTIZ, JR.,

    Plaintiff,

v.

AURORA LOAN SERVICES LLC and
JOHN DOE 1-1000,

    Defendants.

___

## ORDER OF DISMISSAL

___

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 13 - filed December 9, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: December 10, 2008